J. Curtis Edmondson (SBN 236105)
Kiren Rockenstein (SBN 312301)
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave.
Hillsboro OR  97124
Tel: (503) 336-3749
Fax: (503) 482-7418
Email: jcedmondson@edmolaw.com
Email: kirenr@edmolaw.com

Todd Y. Brandt (TX SB # 24027051) (*pro hac vice* pending)
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Tel:  (903) 212-3130
Fax:  (903) 753–6761
Email: tbrandt@thebrandtlawfirm.com

*Attorneys for Plaintiff*
*Lightwire, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lightwire, LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>OnePlus Inc., a California corporation.<br><br>           Defendant. | Case No.  3:18-cv-01163<br><br>**COMPLAINT FOR INFINGEMENT OF U.S. PATENT 6,335,678**<br><br>**DEMAND FOR JURY TRIAL** |

This is an action for patent infringement in which Lightwire, LLC ("Plaintiff") makes the following allegations against OnePlus, Inc. ("Defendant").

## NATURE OF THE ACTION

1. This is a patent infringement action to stop Defendant's infringement of United States Patent No. 6,335,678 ("the '678 Patent").

2. This patent infringement action arises under the patent laws of the United States, including 35 U.S.C. §§ 271, et seq.

## PARTIES

3. Plaintiff is a California limited liability company with its principal place of business at 177 East Colorado Boulevard, Suite 200, Pasadena, CA 91101.

4. On information and belief, Defendant is a California corporation, with a principle place of business located at 4017 Marjorum Ter, Fremont, California 94538.

## JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. The Court has personal jurisdiction over Defendant because it (either directly or through its subsidiaries, divisions or groups) has sufficient minimum contacts with the forum as a result of business conducted within the State of California and this district; and/or specifically over Defendant (either directly or through their subsidiaries, divisions, groups or distributors) because of its infringing conduct within or directed at the State of California and this district.

7. More specifically, Defendant, directly and/or through its intermediaries, makes, distributes, imports, offers for sale, sells, advertises and/or uses the accused products identified herein that include the claimed device of the '678 Patent in the State of California. Defendant has committed patent infringement in the State of

1  California and solicits customers in the State of California. Defendant has paying
2  customers who are residents of the State of California and who purchase and/or use
3  Defendant's infringing products in the State of California. Further, Defendant has an
4  interactive website that is accessible from the State of California.

5  8. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b).
6  On information and belief, Defendant has transacted business in this district, and has
7  committed acts of patent infringement in this district.

8  9. More specifically, Defendant, directly and/or through its intermediaries,
9  makes, distributes, imports, offers for sale, sells, advertises and/or uses, devices
10 including the accused devices identified herein, that infringe claims of the '678 Patent
11 in the State of California. Defendant has committed patent infringement in the State
12 of California and solicits customers in the State of California.  Defendant has paying
13 customers who are residents of the State of California and who purchase and/or use
14 Defendant's infringing products in the State of California.

## FACTS

16 10. Plaintiff is the owner, by assignment, of the '678 Patent, entitled
17 "Electronic Device, Preferably an Electronic Book" – including all rights to recover
18 for past and future acts of infringement – which was duly issued on January 1st, 2002
19 by the United States Patent and Trademark Office.

20 11.  A true and correct copy of the '678 Patent is attached as **Exhibit A**.

21 12. The claims of the '678 Patent are valid and enforceable.

## COUNT I - INFRINGEMENT OF U.S. PATENT NO. 6,335,678

24 13. Plaintiff hereby incorporates by reference the allegations of paragraphs
25 1 through 12 of this complaint as if fully set forth herein.

26 14. Infringement by Defendant includes, without limitation, making,
27 distributing, importing, offering for sale, selling, advertising, and/or using, without
28 limitation electronic devices (collectively referred to hereinafter as "Accused

Devices") infringing at least claim 1 of the '678 Patent. The Accused Devices include electronic devices used for reading. Electronic reading devices, like the Accused Devices, enable the user to comfortably read electronic books, store data, and communicate data with peripheral devices.

15. The Accused Devices include, for example and without limitation, Defendant's OnePlus 5. A detailed claim chart is incorporated herein by reference and attached at **Exhibit B**.

16. Defendant is thus liable for infringement of the '678 Patent under 35 U.S.C. §271.

17. Each of Defendant's aforesaid activities has been without authority and/or license from Plaintiff.

18. Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of Defendant's wrongful acts in an amount subject to proof at trial, which by law cannot be less than a reasonable royalty, together with interest and costs as fixed by this court under 35 U.S.C. § 284.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment:

1. In favor of Plaintiff that Defendant has infringed the '678 Patent;

2. Requiring Defendant to pay Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '678 Patent as provided under 35 U.S.C. § 284; and

3. Granting Plaintiff any and all other relief to which Plaintiff may show itself to be entitled.

## **DEMAND FOR JURY TRIAL**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: February 22, 2018    Respectfully submitted,

LAW OFFICE OF J. CURTIS EDMONDSON

By: s/ *Kiren Rockenstein*
Kiren Rockenstein

*Attorney for Lightwire LLC*
Email:kirenr@edmolaw.com