AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Lightwire, LLC, a California limited liability company )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>)<br>OnePlus Inc., a California corporation )<br>)<br>)<br>_____ )<br>*Defendant(s)* ) | Civil Action No. 18-cv-1163 KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  OnePlus Inc., a California corporation
4017 Marjorum Ter, Fremont, California 94538

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Curtis Edmondson (SBN 236105)
Kiren Rockenstein (SBN 312301)
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave, Hillsboro OR  97124
ph: (503) 336-3749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
Susan Y. Soong

_____
*Signature of Clerk or Deputy Clerk*

Date:   February 26, 2018